DENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Motion granted.

MARY E. ROSEMAN and Others, Respondents, v. WARREN DELANO, Appellant.— Decision amended by adding thereto a direction that said Warren Delano appear for examination on November 27, 1916, at eleven A. M., at the place and before the officer mentioned in the original order.

MARY E. ROSEMAN and Others, Respondents, v. WARREN DELANO, Appellant.— Decision amended by adding thereto a direction that said Warren Delano appear for examination on November 27, 1916, at eleven A. M., at the place and before the officer mentioned in the original order.

LUELLA HEFFRON, an Infant, by Her Guardian ad Litem, WILLIAM HEFFRON, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concurred, except Woodward and Cochrane, JJ., who voted for reversal on the ground that the case presented an issue of fact which should have been submitted to the jury. This court reversed a judgment for the plaintiff on a former appeal on the ground that the verdict was against the weight of the evidence, and ordered a new trial (140 App. Div. 943), at which new trial the evidence should again have been submitted to the jury; the record in the second trial being precisely the same as that in the first.

MARGARET A. O'CONNOR, Respondent, v. JOHN J. HEALY, as Executor, etc., of JOHN F. LOWERY, Deceased, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Cochrane, J., not sitting.

BROOKLYN COOPERAGE COMPANY v. A. SHERMAN LUMBER COMPANY. — Motion granted and the following question certified: Has Eva S. Clark, as executrix of the last will and testament of Pliny J. Clark, deceased, such interest in the subject of this action as to entitle her to be made a party defendant in this action on her own application ?

THE CITY OF HUDSON and the BOARD OF EDUCATION OF THE CITY OF HUDSON, Respondents, v. BURCHARTZ FIREPROOFING COMPANY, INC., Appellant.— Motion granted and the following questions certified: 1. Does the complaint state facts sufficient to constitute a cause of action ?  2. Is there a misjoinder of parties plaintiff ?

ETTAH M. S. KANALEY, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Order unanimously affirmed, with costs.

FERDINAND G. KING, Respondent, v. KATHERINE V. O'NEILL, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

EDWARD F. MURRAY, Appellant, v. HUDSON NAVIGATION COMPANY, Respondent, and MURRAY'S LINE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Howard, J., not sitting.

In the Matter of the Application of the STANFORD HEIGHTS REALTY COMPANY OF SCHENECTADY, NEW YORK, Appellant, for a Writ of Certiorari to FLOYD S. HEDDEN and Others, Assessors of the Town of Niskayuna, New York, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Kellogg, P. J., not sitting.